No. 76–1159.  QUERN, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. *v.* MANDLEY ET AL.; and

No. 76–1416.  CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* MANDLEY ET AL.  C. A. 7th Cir.  [Certiorari granted, 431 U. S. 953.]  Motion of United Way of Metropolitan Chicago et al. for leave to file a brief as *amici curiae* granted.  Joint motion of petitioners for additional time for oral argument granted and 15 additional minutes allotted for that purpose.  Respondents also allotted 15 additional minutes for oral argument.

No. 77–318.  SHANG, ACTING COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK *v.* HOLLEY ET AL.  C. A. 2d Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 77–373.  ERNEST *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT; and

No. 77–5349.  CARTER *v.* BUE, U. S. DISTRICT JUDGE.  Motions for leave to file petitions for writs of mandamus denied.

No. 76–1410.  AGOSTO *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari granted.

No. 76–1607.  SECURITIES AND EXCHANGE COMMISSION *v.* SLOAN.  C. A. 2d Cir.  Certiorari granted.  In addition to questions presented by the petition the parties are requested to brief and argue question of possibility of mootness.

No. 76–1660.  HUTTO ET AL. *v.* FINNEY ET AL.  C. A. 8th Cir.  Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.